**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern ~~U.S. BANKRUPTCY COURT~~ District of New York
_____(State)_____

Case number *(if known)*: ~~2023 NOV -1 A 9: 17~~ _____ Chapter 11

RECEIVED/MR

FILED

2023 OCT 30 PM II: 26

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | ECUO Real Holdings, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 5 – 1 3 5 0 2 9 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 89-05 Jamaica Avenue<br>Number     Street | N/A<br>Number     Street |
| First Floor | P.O. Box 211278<br>P.O. Box |
| oodhaven, New York 11421<br>City          State     ZIP Code | oodhaven, New York 11421<br>City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Queens<br>County | Number     Street |
| | City          State     ZIP Code |

5. **Debtor's website (URL)**     N/A

| Debtor | ECUO Real Holdings, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  ECUO Real Holdings, Inc.
_____
Name

Case number (if known)_____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District  Eastern  When  09/05/2023  Case number  23-43199
                                   MM / DD / YYYY

       District  _____  When  _____  Case number  _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor  _____  Relationship  _____

       District  _____  When  _____
                                    MM / DD / YYYY

       Case number, if known  _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** *(Check all that apply.)*

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

          What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?**_____
                          Number        Street

                        _____

                        City                                 State ZIP Code

       **Is the property insured?**

       ☐ No

       ☐ Yes. Insurance agency  _____

             Contact name  _____

             Phone  _____

**Statistical and administrative information**

Debtor    ECUO Real Holdings, Inc.
_____    Case number (if known)_____
          Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>❑ Funds will be available for distribution to unsecured creditors.<br>❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>❑ 50-99<br>❑ 100-199<br>❑ 200-999 | ❑ 1,000-5,000<br>❑ 5,001-10,000<br>❑ 10,001-25,000 | ❑ 25,001-50,000<br>❑ 50,001-100,000<br>❑ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ☑ $1,000,001-$10 million<br>❑ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>☑ $500,001-$1 million | ❑ $1,000,001-$10 million<br>❑ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/30/2023**
            MM   / DD / YYYY

✖ *Cristina Alzate*
_____    Cristina Alzate
Signature of authorized representative of debtor    Printed name

Title  CEO
_____

Debtor    <u>ECUO Real Holdings, Inc.</u>                    Case number (if known)_____
          Name

18. **Signature of attorney**    ✖ _____    Date    _____
                                 Signature of attorney for debtor            MM  / DD / YYYY

                                 _____
                                 Printed name

                                 _____
                                 Firm name

                                 _____
                                 Number        Street

                                 _____    _____  _____
                                 City                             State    ZIP Code

                                 _____     _____
                                 Contact phone                    Email address

                                 _____             _____
                                 Bar number                       State

<div style="border:1px solid">

**Fill in this information to identify the case:**

Debtor name  ECUO Real Holdings, Inc.

United States Bankruptcy Court for the:  Eastern        District of New York
                                                        (State)

Case number (If known): _____

</div>

FILED

2023 OCT 30  PM II: 26    ☐ Check if this is an
                                    amended filing

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's property, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                    Current value of debtor's interest

2. **Cash on hand**                                                                                 $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____                                          $_____
   4.2. _____                                          $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $_____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

                                                                                                    Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____                                          $_____
   7.2. _____                                          $_____

Debtor    ECUO Real Holdings, Inc.    Case number (if known)_____
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. None _____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
                         face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 2

Debtor    ECUO Real Holdings, Inc.
       <sub>Name</sub>                 Case number *(if known)*_____

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____    MM / DD / YYYY   $_____   _____   $_____

20. **Work in progress**

_____    MM / DD / YYYY   $_____   _____   $_____

21. **Finished goods, including goods held for resale**

_____    MM / DD / YYYY   $_____   _____   $_____

22. **Other inventory or supplies**

_____    MM / DD / YYYY   $_____   _____   $_____

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____    $_____   _____   $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

_____    $_____   _____   $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____    $_____   _____   $_____

31. **Farm and fishing supplies, chemicals, and feed**

_____    $_____   _____   $_____

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $_____   _____   $_____

Debtor  ECUO Real Holdings, Inc.
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        Case number (if known)‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $‾‾‾‾‾‾‾‾‾‾‾  Valuation method ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  Current value $‾‾‾‾‾‾‾‾‾‾‾‾

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| 40. **Office fixtures** | | | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| 42.2 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| 42.3 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    ECUO Real Holdings, Inc.
_____
          Name

Case number (if known)_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
| --- | --- | --- | --- |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | ECUO Real Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 89-05 Jamaica Ave., Queens, NY | Ownership | $2,559,200.00 | FMV | $2,559,200.00 |
| 55.2 101-15 Jamaica Ave., Queens, NY | Ownership | $2,121,500.00 | FMV | $2,121,500.00 |
| 55.3 78-17 Myrtle Ave., Queens, NY | Ownership | $1,380,500.00 | FMV | $1,380,500.00 |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **6,061,200.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor    ECUO Real Holdings, Inc.    Case number (if known)_____
_____
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:** **All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

101-15 Jamaica Ave & 78-17 Myrtle Ave Tenant Leases    _____ – _____  = ➔  $_____
                                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None
_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

None
_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None
_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None
_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

None
_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

None
_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    ECUO Real Holdings, Inc.
Name

Case number (if known)_____

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $_____ | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $_____ | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $_____ | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ..............................➔ | | $ 6,061,200.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | **+** $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column..............91a. | $_____ **+** 91b. | $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................    $_____

**Fill in this information to identify the case:**

Debtor _____ECUO Real Holdings, Inc._____

United States Bankruptcy Court for the: _____Eastern_____ District of __New York__
                                                                    (State)

Case number _____
(if known)

F I L E D

2023 OCT 30  PH 11: 27

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
~~~~~~~~~~ BOX

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    ECUO Real Holdings, Inc.
_____    Case number (if known)_____
          Name

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim                    Priority amount

2.__   **Priority creditor's name and mailing address**
                                                                      $_____    $_____

                                    **As of the petition filing date, the claim is:**
_____    *Check all that apply.*
_____    ☐ Contingent
_____    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account
number**    ___ ___ ___ ___    **Is the claim subject to offset?**
                                    ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (_____)**

2.__   **Priority creditor's name and mailing address**
                                                                      $_____    $_____

                                    **As of the petition filing date, the claim is:**
_____    *Check all that apply.*
_____    ☐ Contingent
_____    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account
number**    ___ ___ ___ ___    **Is the claim subject to offset?**
                                    ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (_____)**

2.__   **Priority creditor's name and mailing address**
                                                                      $_____    $_____

                                    **As of the petition filing date, the claim is:**
_____    *Check all that apply.*
_____    ☐ Contingent
_____    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account
number**    ___ ___ ___ ___    **Is the claim subject to offset?**
                                    ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (_____)**

2.__   **Priority creditor's name and mailing address**
                                                                      $_____    $_____

                                    **As of the petition filing date, the claim is:**
_____    *Check all that apply.*
_____    ☐ Contingent
_____    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account
number**    ___ ___ ___ ___    **Is the claim subject to offset?**
                                    ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (_____)**

Debtor _____ECUO Real Holdings, Inc._____    Case number *(if known)*_____
            Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

## NONE

| | | | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| Debtor | ECUO Real Holdings, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  ECUO Real Holdings, Inc.
_____     Case number (if known)_____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    ECUO Real Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____

Line _____

☐  Not listed. Explain _____
_____

___ ___ ___ ___

Debtor  ECUO Real Holdings, Inc.
        _____          Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                    Total of claim amounts

5a. **Total claims from Part 1**                        5a.        $_____

5b. **Total claims from Part 2**                        5b.   **+**  $_____

5c. **Total of Parts 1 and 2**                          5c.        $_____
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __ECUO Real Holdings, Inc.__

United States Bankruptcy Court for the:_____ Eastern _____ District of New York
(State)

Case number (If known): _____   Chapter __11__

F I L E D

'23 OCT 30 PM II: 27

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease |
| | State the term remaining | |
| | List the contract number of any government contract | n/a |

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor ___ECUO Real Holdings, Inc.___     Case number (if known)_____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ECUO Real Holdings, Inc.

United States Bankruptcy Court for the: _____ Eastern _____ District of New York
                                                                      (State)

Case number (If known): _____

FILED
2023 OCT 30 PM II: 27
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    ECUO Real Holdings, Inc.
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name                                    Case number *(if known)*_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  ECUO Real Holdings, Inc.

United States Bankruptcy Court for the:    **Eastern**    District of    **New York**
                                                                (State)

Case number (*If known*):



FILED

2023 OCT 30  PM II: 27

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/30/2023          ✗ *Cristina Alzate*
              MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                    Cristina Alzate
                                    Printed name
                                    CEO
                                    Position or relationship to debtor

Creditors Matrix - ECUO Real Holdings, Inc.

Ohlert-Ruggiere, Inc.
89-11 Jamaica Avenue
Woodhaven, New York 11421

FILED
2023 OCT 30  PM 11: 27
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

**Fill in this information to identify the case:**

Debtor name __ECUO Real Holdings, Inc.__

United States Bankruptcy Court for the: __Eastern__ _____ District of __New York__
(State)

Case number (If known): _____

F I L E D

2023 OCT 30  PM 11: 27

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of New York | NYC Dept of Finance 66 John Street Room 104 Mailroom New York, NY 10038 | $121,485.28 | | | | |
| 2 | NYCTL 2021-A TRUST | Gershon Akerman 620 Eighth Avenue New York, New York 10018 (212) 218-550 gakerman@seyfarth.com | $135,000.00 | | | | |
| 3 | NYCTL 2021-A TRUST | Gershon Akerman 620 Eighth Avenue New York, New York 10018 (212) 218-550 gakerman@seyfarth.com | $137,000.00 | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    ECUO Real Holdings, Inc. _____    Case number (*if known*)_____
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |